**Order entered July 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00051-CV

**WINSTON ACQUISITION CORP, Appellant**

**V.**

**BLUE VALLEY APARTMENTS, INC, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-01373**

## ORDER

The Court has before it appellant's July 5, 2013 notice of incomplete record or, in the alternative, motion to extend time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to make arrangements to have the remainder of the reporter's record filed within thirty days of the date of this order. Appellant is further **ORDERED** to file its brief within thirty days after the complete reporter's record is filed.

/s/ ELIZABETH LANG-MIERS
   JUSTICE